John R. Sommer (SBN 106355)
John R. Sommer, Attorney-at-Law
17426 Daimler Street, Irvine, CA 92614
(949) 752-5344, SOMMER@STUSSY.COM

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | CASE NUMBER |
|---|---|
| CLM Analogs, LLC | 8:18-cv-00311-JLS-SS |
| Plaintiff(s) | |
| v. | |
| James R. Glidewell Dental Ceramics, Inc. et al | **MEDIATION REPORT** |
| Defendant(s). | |

***Instructions: The mediator must file this Report within 5 days after the conclusion of a mediation session even if the negotiations continue. If the case later settles with the assistance of the mediator, the mediator must file a subsequent Report.***

1.  ☑ A mediation was held on (date):  August 22, 2018                              .

    ☐ A mediation did not take place because the case settled before the session occurred.

2.  The individual parties and their respective trial counsel, designated corporate representatives, and/or representatives of the party's insurer:

    ☑ Appeared as required by Civil L.R. 16-15.5(b).
    ☐ Did not appear as required by Civil L.R. 16-15.5(b).

    ☐ Plaintiff or plaintiff's representative failed to appear.
    ☐ Defendant or defendant's representative failed to appear.
    ☐ Other:

3.  Did the case settle?
    ☑ Yes, fully, on  August 22, 2018            (date).
    ☐ Yes, partially, and further facilitated discussions are expected. *(See No. 4 below.)*
    ☐ Yes, partially, and further facilitated discussions are **not** expected.
    ☐ No, and further facilitated discussions are expected. *(See No. 4 below.)*
    ☐ No, and further facilitated discussions are **not** expected.

4.  If further facilitated discussions are expected, by what date will you check in with the parties?

    _____ .

Dated: August 27, 2018

/s/ John R. Sommer
**Signature of Mediator**

John R. Sommer
**Name of Mediator (print)**

*The Mediator must electronically file original document in CM/ECF using one of four choices under "Civil => Other Filings => ADR/Mediation Documents => Mediation Report (ADR-3)."*